# EXHIBITS TO SHORELINE'S ANSWER AND COUNTERCLAIMS

## TABLE OF CONTENTS

| Exhibit | Description | Page |
|---|---|---|
| A | Kazutoshi Takahashi, Koji Tanabe, Mari Ohnuki, Megumi Narita, Tomoko Ichisaka, Kiichiro Tomoda and Shinya Yamanaka, *Induction of Pluripotent Stem Cells from Adult Human Fibroblasts by Defined Factors*, 131 Cell 861 (2007) | 72 |
| B | Sergiy Velychko, Kenjiro Adachi, Kee-Pyo Kim, Yanlin Hou, Caitlin M. MacCarthy, Guangming Wu and Hans R. Schöler, *Excluding Oct4 from Yamanaka Cocktail Unleashes the Developmental Potential of iPSCs*, 25 Cell Stem Cell 737 (2019) | 84 |
| C | Huang Zhu, Robert H. Blum, Davide Bemareggi, Eivind Heggernes Ask, Zhengming Wu, Hanna Julie Hoel, Zhipeng Meng, Chengsheng Wu, Kun-Liang Guan, Karl-Johan Malmberg and Dan S. Kaufman, *Metabolic Reprogramming via Deletion of CISH in Human iPSC-Derived NK Cells Promotes In Vivo Persistence and Enhances Anti-tumor Activity*, 27 Cell Stem Cell 224 (2020) | 106 |
| D | Non-Final Rejection from the prosecution of U.S. Patent 9,169,490 dated 9/20/13 | 127 |
| E | Final Rejection from the prosecution of U.S. Patent 9,169,490 dated 4/1/14 | 136 |
| F | Non-Final Rejection from the prosecution of U.S. Patent 8,071,369 dated 10/28/10 | 150 |
| G | Final Rejection from the prosecution of U.S. Patent 8,932,856 dated 4/2/14 | 171 |
| H | Amendments to the Claims from the prosecution of U.S. Patent 9,169,490 File Wrapper dated 8/21/14 | 184 |
| I | Claims from the prosecution of U.S. Patent 8,940,536 dated 2/9/10 | 186 |
| J | Non-Final Rejection from the prosecution of U.S. Patent 8,940,536 dated 10/28/10 | 188 |
| K | Final Rejection from the prosecution of U.S. Patent 8,940,536 dated 4/11/14 | 206 |
| L | Amendments to the Claims from the prosecution of U.S. Patent 8,940,536 dated 10/14/14 | 227 |
| M | NINDS Human Cell and Data Repository Material Transfer Agreement (Master Cell Bank GMP) dated 8/24/20 | 230 |
| N | Infinity Biologix Quote for NINDS iPSC Cell Lines dated 8/26/20 | 236 |
| O | Infinity Biologix Purchase Order for NINDS iPSC Cell Lines dated 8/26/20 | 237 |
| P | *A Resource for Stem Cells including iPSCs and Fibroblasts*, THE NINDS HUMAN CELL AND DATA REPOSITORY, https://nindsgenetics.org (last visited June 28, 2022) | 238 |

| | | |
|---|---|---|
| Q | *Cell/Tissue/DNA*, NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS AND STROKE, https://www.ninds.nih.gov/current-research/scientific-resources/celltissuedna (last visited June 21, 2022) | 240 |
| R | *Frequently Asked Questions (FAQ)*, THE NINDS HUMAN CELL AND DATA REPOSITORY, https://nindsgenetics.org/faq (last visited June 23, 2022) | 243 |
| S | Letter from L. Walkersville to K. Xanthopoulos regarding "FDA Master File Authorization for BB-MF 16567, *Human Induced Pluripotent Cells (hiPSC) Manufacture of Product*" dated 8/26/20 | 249 |
| T | Confidential Business Record – Submitted Under Seal | 252 |
| U | *Current Capabilities and Services*, ACTL ADVANCED CELL THERAPY LABORATORY SERVICES AND CAPABILITIES, https://medschool.ucsd.edu/research/ACTL/services/Pages/default.aspx (last visited June 21, 2022) | 257 |
| V | UC San Diego School of Medicine Advanced Cell Therapy Laboratory Cell Therapy Product Proposal Form dated 9/21/18 | 258 |
| W | *FDA Warns About Stem Cell Therapies*, FOOD AND DRUG ADMINISTRATION, https://www.fda.gov/consumers/consumer-updates/fda-warns-about-stem-cell-therapies (last visited June 21, 2022) | 262 |
| X | *Cellular & Gene Therapy Guidance*, FOOD AND DRUG ADMINISTRATION, https://www.fda.gov/vaccines-blood-biologics/biologics-guidances/cellular-gene-therapy-guidances (last visited June 21, 2022) | 267 |