UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE THERAPEUTICS, INC.; and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SHORELINE BIOSCIENCES, INC.; and DAN S. KAUFMAN,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-00676-H-MSB<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; AND**<br><br>[Doc. Nos. 103, 105.]<br><br>**(2) DENYING AS MOOT DEFENDANT SHORELINE'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIMS**<br><br>[Doc. No. 88.] |

On November 25, 2022, Defendant Shoreline Biosciences, Inc. ("Shoreline") filed a motion for leave to file an amended answer and counterclaims. (Doc. No. 88.) On December 27, 2022, Plaintiffs Fate Therapeutics, Inc. ("Fate") and Whitehead Institute of Biomedical Research ("Whitehead") filed an unopposed motion for leave to file a first amended complaint. (Doc. No. 103.) In their motion for leave to file a first amended

complaint, Plaintiffs represent: (1) that Defendants Shoreline and Dan S. Kaufman have agreed not to oppose Plaintiffs' motion for leave to file a first amended complaint; (2) that the addition of U.S. Patent No. 10,017,744 ("the '744 Patent") to the action will not disrupt the Court's August 12, 2022 scheduling order; and (3) that if Plaintiffs are permitted to file their proposed first amended complaint, it will render moot Defendant Shoreline's motion for leave to file an amended answer and counterclaims.  (Id.)

On December 27, 2022, the parties also filed a joint stipulation.  (Doc. No. 105.)  In the joint filing, the parties agree and stipulate to the following:

1. The Parties will serve preliminary claim constructions and supporting extrinsic evidence for the '744 Patent, pursuant to Patent Local Rule 4.1(a)-(b), on or before **December 22, 2022**.

2. The Parties will serve responsive constructions and extrinsic evidence for the '744 Patent, pursuant to Patent Local Rule 4.1(c)-(d), on or before **December 29, 2022**.

3. The parties will meet and confer concerning the '744 Patent, pursuant to Patent Local Rule 4.1(e), on **January 3, 2023**.

4. The parties will file an amended Joint Claim Construction Chart, Worksheet and Hearing Statement, pursuant to Patent Local Rule 4.2, on or before **January 6, 2023**.

5. If Plaintiffs file an amended complaint adding the '744 Patent, Defendants will have **28 days** from the date the amended complaint is filed to file any responsive motion or pleading.

6. If Defendants file a motion in response to Plaintiffs' amended complaint, Defendants will not set the motion for hearing less than **42 days** after the motion is filed. (Id. at 1-2.)  The parties represent that none of the above agreed upon deadlines will affect the Court's August 12, 2022 scheduling order.[1]  (Id. at 2.)

---

[1]    On December 27, 2022, the Court issued a proposed amended scheduling order. (Doc. No. 104.)  To the extent the parties believe that Plaintiffs' first amended complaint or the addition of the '744 Patent to the action requires any modifications to the dates and deadlines set forth in the proposed amended scheduling order or the addition of new dates

In light of the above, and after considering the Foman factors, the Court grants Plaintiffs' unopposed motion for leave to file a first amended complaint. See Fed. R. Civ. P. 15(a)(2); Foman v. Davis, 371 U.S. 178, 182 (1962); Sharkey v. O'Neal, 778 F.3d 767, 774 (9th Cir. 2015); Johnson v. Buckley, 356 F.3d 1067, 1077 (9th Cir. 2004). Plaintiffs must file their proposed first amended complaint **within seven (7) days from the date this order is filed**, and Defendants must file any responsive motion or pleading to Plaintiffs' first amended complaint **within 28 days from the date the first amended complaint is filed**. In addition, the Court denies as moot Defendant Shoreline's motion for leave to file a first amended answer and counterclaims.

**IT IS SO ORDERED.**

DATED: December 27, 2022

                                                                  _____
                                                                  MARILYN L. HUFF, District Judge
                                                                  UNITED STATES DISTRICT COURT

---

and deadlines, the parties may jointly file any such proposed modifications by **January 9, 2023**. (See id. at 2.)