UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE THERAPEUTICS, INC.; and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>SHORELINE BIOSCIENCES, INC.; and DAN S. KAUFMAN,<br><br>Defendants. | Case No.: 22-cv-00676-H-MSB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS DEFENDANT DAN S. KAUFMAN WITH PREJUDICE**<br><br>**[Doc. No. 266.]** |

On May 13, 2022, Plaintiffs Fate Therapeutics, Inc. ("Fate") and Whitehead Institute for Biomedical Research ("Whitehead") filed a complaint for patent infringement against Defendants Shoreline Biosciences, Inc. ("Shoreline") and Dan S. Kaufman. (Doc. No. 1, Compl. ¶¶ 66-236.) On August 12, 2022, the Court issued a scheduling order. (Doc. No. 51.) On January 10, 2023, the Court issued an amended scheduling order. (Doc. No. 115.)

On February 14, 2023, Plaintiffs filed a supplemental first amended complaint – the operative complaint – alleging claims for infringement of U.S. Patent Nos. 8,071,369 ("the '369 Patent"), 8,932,856 ("the '856 Patent"), 8,951,797 ("the '797 Patent"), 8,940,536 ("the '536 Patent"), 9,169,490 ("the '490 Patent"), 10,457,917 ("the '917 Patent"), and 10,017,744 ("the '744 Patent") (collectively, "the asserted patents"). (Doc. No. 162, Supp.

1

FAC ¶¶ 157-414.)  On February 17 and 23, 2023, Defendants filed answers and counterclaims to Plaintiffs' supplemental first amended complaint.  (Doc. Nos. 184, 199.)

On June 7, 2023, Plaintiffs filed a motion to dismiss with prejudice all claims for patent infringement in this action against Dan. S. Kaufman in his personal capacity pursuant to Federal Rule of Civil Procedure 41(a)(2).  (Doc. No. 266-1 at 1.)  On June 28, 2023, Kaufman filed a non-opposition to Plaintiffs' motion to dismiss.  (Doc. No. 267.)  On June 8, 2023, Plaintiffs filed a reply.  (Doc. No. 269.)

The Court held a telephonic hearing on Plaintiffs' motion to dismiss on June 9, 2023.  Rose C. Prey appeared for Plaintiffs.  Sudip Kundu and Justin T. Goodwin appeared for Kaufman.  Eric M. Acker appeared for Shoreline.

At the hearing, Kaufman confirmed that he does not oppose Plaintiffs' motion to dismiss.  Kaufman also confirmed that in light of Plaintiffs' motion to dismiss, he will dismiss his counterclaims in the action without prejudice.  As such, for good cause shown, the Court grants Plaintiffs' motion to dismiss.  The Court dismisses with prejudice all of Plaintiffs' claims for patent infringement in this action against Dan. S. Kaufman in his personal capacity, and the Court dismisses Defendant Kaufman's counterclaims without prejudice.  The action will proceed on the remaining claims: Plaintiffs' claims against Defendant Shoreline and Defendant Shoreline's counterclaims.

**IT IS SO ORDERED.**

DATED: June 9, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT