

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See attached<br><br>**Plaintiff,**<br>V.<br>See attached<br><br>**Defendant.** | Civil Action No. __22-cv-00676-H-MSB__<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons above, the Court grants Shoreline's motion for summary judgment of non-infringement, and the Court denies Plaintiffs' motion for partial summary judgment as moot. Judgment is entered in favor of Defendant Shoreline and against Plaintiffs Fate and Whitehead. Case closed.

| | |
|---|---|
| **Date:**   8/31/23 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ M. Williams<br><br>M. Williams, Deputy |

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  22-cv-00676-H-MSB

Fate Therapeutics, Inc.; Whitehead Institute for Biomedical Research,
Plantiffs
v.
Shoreline Biosciences, Inc.; Dan S. Kaufman,
Defendants

___

Shoreline Biosciences, Inc.; Dan S. Kaufman
Counter Claimants
v.
Fate Therapeutics, Inc.; Whitehead Institute for Biomedical Research

___

Lonza Walkersville, Inc.
Amicus