ANDREW S. ONG (SBN 267889)
*aong@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100

KEVIN P. MARTIN*
*kmartin@goodwinlaw.com*
CHRISTOPHER J.C. HERBERT*
*cherbert@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570-1000

Attorneys for Plaintiffs
FATE THERAPEUTICS, INC. and
WHITEHEAD INSTITUTE FOR
BIOMEDICAL RESEARCH

**Pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FATE THERAPEUTICS, INC. and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,

Plaintiffs,

v.

SHORELINE BIOSCIENCES, INC., and DAN S. KAUFMAN,

Defendants.

Case No.: 3:22-cv-00676-H-MSB

**NOTICE OF APPEARANCE OF ANDREW S. ONG FOR PLAINTIFFS FATE THERAPEUTICS, INC. AND WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Andrew S. Ong, of Goodwin Procter LLP, hereby enters his appearance as counsel of record for Plaintiffs Fate Therapeutics, Inc. and Whitehead Institute for Biomedical Research in the above-captioned case. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

ANDREW S. ONG (CA SBN 267889)
*aong@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100

Respectfully submitted,

Dated: September 14, 2023

By: /s/ *Andrew S. Ong*
Andrew S. Ong
**GOODWIN PROCTER LLP**

Attorneys for Plaintiffs
FATE THERAPEUTICS, INC.; and
WHITEHEAD INSTITUTE FOR
BIOMEDICAL RESEARCH