UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE THERAPEUTICS, INC.; and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>SHORELINE BIOSCIENCES, INC.,<br><br>Defendant. | Case No.: 22-cv-00676-H-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT SHORELINE'S COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>[Doc. No. 427.] |

On October 12, 2023, the parties filed a joint motion to dismiss Defendant Shoreline Biosciences, Inc. ("Shoreline")'s eighth and ninth counterclaims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c).  (Doc. No. 427.)  For good cause shown, the Court grants the joint motion.  The Court dismisses Shoreline's eighth and ninth counterclaims without prejudice.

**IT IS SO ORDERED.**

DATED: October 13, 2023

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT