# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE THERAPEUTICS, INC.; and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>SHORELINE BIOSCIENCES, INC.,<br><br>Defendant. | Case No.: 22-cv-00676-H-MSB<br><br>**ORDER SUBMITTING PLAINTIFFS' MOTION FOR APPROVAL OF SUPERSEDEAS BOND** |

On November 17, 2023, Plaintiffs Fate Therapeutics, Inc. ("Fate") and Whitehead Institute for Biomedical Research ("Whitehead") filed a motion for approval of a supersedeas bond. (Doc. No. 439.) A hearing on Plaintiffs' motion is currently scheduled for Monday, December 18, 2023 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motions on the parties' papers, and vacates the hearing.

Defendant Shoreline Biosciences, Inc. ("Shoreline")'s response in opposition to Plaintiffs' motion remains due by **Monday, December 4, 2023**. No reply brief absent further order of the Court.

**IT IS SO ORDERED.**

DATED: November 20, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT