UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATE THERAPEUTICS, INC.; and WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,<br><br>Plaintiffs,<br><br>v.<br><br>SHORELINE BIOSCIENCES, INC.,<br><br>Defendant. | Case No.: 22-cv-00676-H-MSB<br><br>**ORDER GRANTING PLAINTIFFS' GRANTING UNOPPOSED MOTION TO EXONERATE AND DISBURSE BOND**<br><br>[Doc. No. 448.] |

On December 4, 2023, the Court granted Plaintiffs Fate Therapeutics, Inc. and Whitehead Institute for Biomedical Research's motion for approval of a supersedeas bond and to stay the execution and enforcement of the Court's costs award, and the Court approved Plaintiffs' proffered supersedeas bond in the amount of $46,060.63. (Doc. No. 444.) On December 18, 2023, Plaintiffs filed a notice stating that they posted a cash bond of $46,060.63 with the Court on December 12, 2023. (Doc. No. 445.)

On April 23, 2025, Plaintiffs Fate Therapeutics, Inc. and Whitehead Institute for Biomedical Research filed a motion to exonerate and disburse the bond pursuant to Civil Local Rule 67.1(d). (Doc. No. 448.) Plaintiffs' motion is unopposed. (Id. ¶¶ 9, 10.) In the motion, Plaintiffs explain that, in October 2024, the parties entered into a settlement agreement resolving all the claims at issue in this case, and, on November 6, 2024, the

Federal Circuit dismissed the appeal with each side to bear their own costs. (Id. ¶¶ 6, 7.)

In light of the above, the Court, for good cause shown, grants Plaintiffs' motion to exonerate and disburse the bond. See S.D. Cal. Civ. L.R. 67.1(d)(1). The Court orders the Clerk of Court to release supersedeas bond in the amount of $46,060.63, plus interest, from the interest-bearing account in the above-entitled case made payable to "Fate Therapeutics, Inc." and send it to

.

The Clerk of Court is authorized to deduct a fee for the handling of all funds deposited with the Court and held in interest bearing accounts or instruments. See S.D. Cal. Civ. L.R. 67.1(c)(1). The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of Administrative Office of the United States Courts. See S.D. Cal. Civ. L.R. 67.1(c)(3).

**IT IS SO ORDERED.**

DATED: April 28, 2025

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT